**Deny and Opinion Filed September 30, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00822-CV

### IN RE JR STAR CORPORATION, Relator

**Original Proceeding from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-03629-B**

### ORDER
Before Justices Schenck, Nowell, and Garcia

Based on the Court's opinion of this date, we **DENY** relator's petition for writ

of mandamus and **DENY** relator's motion to stay as moot.


/Dennise Garcia/
DENNISE GARCIA
JUSTICE